UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

TONNETTE SAMUELS COX,

    Plaintiff,

vs.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.

_____/

## **DEFENDANT'S NOTICE OF REMOVAL**

As provided by 42 U.S.C. §1441 *et seq.*, Defendant, NORTHSTAR LOCATION SERVICES, LLC ("Defendant Northstar") hereby files this Notice of Removal of the above-styled action from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, where the action is now pending under Case Number CACE 23-016989, to the United States District Court for the Southern District of Florida. In connection with this Notice of Removal, Defendant states:

1. The above-styled action was commenced by Plaintiff, TONNETTE SAMUELS COX ("Plaintiff"), in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, by the filing of a Complaint on or about August 15, 2023. Defendant Northstar was served with a copy of the Complaint and the Summons on August 17, 2023. The Complaint is attached hereto as Exhibit A.

2. The action, which is of a civil nature, involves claims by Plaintiff against defendant for alleged violations of the federal Fair Debt Collections Practices Act ("FDCPA") in connection with certain alleged collections activity.

3. The Court has federal question jurisdiction over this matter pursuant to 28 U.S.C.

§§1331 and 1441(a), since Plaintiff is alleging violations of a federal statute – the FDCPA, which is codified at 15 U.S.C. §1692 et seq.

4. This Notice of Removal is timely, since 28 U.S.C. 1446(b) grants parties thirty (30) days to remove an action to Federal Court "after receipt . . . of a copy of the initial pleading . . . or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter." *See* 28 U.S.C. 1446(b).

5. Defendant Northstar first received the Complaint, a copy of which is attached as Exhibit A, on August 17, 2023, less than thirty (30) days ago, and Defendant Northstar, filed a request for extension of time to respond to the Complaint, attached hereto as Exhibit B.

6. Given that the above-styled state court action is pending in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, this case is removable to the United States District Court for the Southern District of Florida. *See* 28 U.S.C. § 1441(a).

7. Defendant Northstar will give written notice of the filing of this Notice of Removal, as required by 28 U.S.C. §1446(d).

## MEMORANDUM OF LAW

A. **The United States District Court Has Jurisdiction Over this Matter**

A state court action may be removed to a United States District Court where "the district courts of the United States have original jurisdiction[.]" 28 U.S.C. §1441(a). In the instant case, original jurisdiction is available under 28 U.S.C. §1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

This civil action purports to arise under federal law, since Plaintiff alleges that Defendant Northstar violated the federal FDCPA. There are no claims asserted in the Complaint that arise under state law.

**B.    Defendant Northstar Has Complied With the Procedure for Removal**

The procedure governing removal of actions first filed in state court is governed by 28 U.S.C. §1446.  Section 1446 provides that any defendant desiring to remove a civil action from state court must file a notice of removal which contains:

> a short plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant in such action.

*See* 28 U.S.C. §1446.  Furthermore, any notice of removal must be filed within thirty (30) days after receipt of the initial pleading.  *See* 28 U.S.C. §1446.

Paragraphs 1 through 7 above set forth the grounds on which removal is sought, specifically citing the federal statutes upon which original jurisdiction is premised (under 28 U.S.C. § 1331) and the factual support for that jurisdiction. Accordingly, Defendant Northstar has complied with the terms of 28 U.S.C. §1446 which dictate that a short plain statement of the grounds for removal accompany any notice of removal.  In addition, this notice has annexed to it all process, pleadings and other papers that have been served on Defendant Northstar in compliance with 28 U.S.C. §1446.

**C.    Conclusion**

Defendant has complied with the procedural requirements of 28 U.S.C. §1446, the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida which govern removal from state court, and this Court has original jurisdiction over this matter.

Accordingly, Defendant Northstar respectfully requests that the United States District Court for the Southern District of Florida take jurisdiction over this action.

WHEREFORE, Defendant, NORTHSTAR LOCATION SERVICES, LLC, hereby gives notice that the state court action pending in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, under Case No. CACE 23-016989 is removed to the United States District Court for the Southern District of Florida.

Respectfully submitted this 13th day of September 2023.

>*s/ Jose I. Leon*
> Jose I. Leon, Esq.
> Florida Bar No. 0958212
> jleon@grsm.com
> GORDON & REES
> SCULLY MANSUKHANI
> 100 SE Second Street, Suite 3900
> Miami, Florida 33131
> Telephone:  305-428-5322
> Facsimile:  877-644-6209
> **Counsel for Defendant**
> **NORTHSTAR LOCATION SERVICES, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Florida E-Filing Portal system, which will serve a copy of this document by electronic notice to the attorneys identified on the following Service List.

    *s/ Jose I. Leon*
Jose I. Leon, Esq.

**Service List**

Jibrael S. Hindi, Esq.
Jennifer G. Simil, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Tel: 954-907-1136
Fax: 855-529-9540
jibrael@jibraellaw.com
jen@jibraellaw.com
***Counsel for Plaintiff***