**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-61771-CIV-SMITH**

TONETTE SAMUELS-COX,

    Plaintiff,

vs.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

This matter is before the Court *sua sponte*. On November 2, 2023, the Court issued its Notice of Court Practice on Notice of Settlement [DE 14], requiring the parties to file their Stipulation of Dismissal by December 8, 2023. The Notice further stated that failure to timely file the Stipulation of Dismissal "may result in final dismissal of this matter without further notice." A review of the record indicates that the parties have failed to file a Stipulation of Dismissal in accordance with Rule 41(a)(1). Accordingly, it is

    **ORDERED that:**

    1.    This matter is **DISMISSED.**

    2.    All pending motions are **DENIED as moot.**

    3.    This case is **CLOSED.**

    DONE and ORDERED in Fort Lauderdale, Florida, this 20th day of December, 2023.

                                                  RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record